UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| GARY GUAJARDO, *et al.*, | § § § | |
| *Plaintiffs*, | § § | |
| v. | § § | CIVIL ACTION H-10-2024 |
| FREDDIE RECORDS, INC, *et al.*, | § § § | |
| *Defendants*. | § | |

### ORDER ADOPTING THE MAGISTRATE JUDGE'S
### MEMORANDUM AND RECOMMENDATION

Pending before the court is the Memorandum and Recommendation ("M&R") of the Magistrate Judge (Dkt. 185) and the objections of the parties. Upon consideration of the M&R, the objections, and the applicable law, the parties objections are OVERRULED. The M&R (Dkt. 185) is hereby ADOPTED. The Martinez Defendants' and Lisa Nichols' motions to dismiss (Dkts. 163, 166) are GRANTED IN PART and DENIED IN PART as detailed in the M&R.

It is so ORDERED.

Signed at Houston, Texas on June 27, 2013.

_____
Gray H. Miller
United States District Judge